IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:21-cr-00061-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> WILLIAM JAMES, ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss the Indictment Without Prejudice [Doc. 15].

Upon review of the Government's Motion,

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss the Indictment Without Prejudice [Doc. 15] is **GRANTED**, and the Bill of Indictment in the above-captioned case, is hereby **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

Signed: March 4, 2022

Martin Reidinger
Chief United States District Judge